In the Matter of the Claim of DAGNEY E. CHABALA, Respondent, against COUNTY OF WESTCHESTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 28, 1955; decided June 9, 1955.

▮▮▮

*Harry G. Herman, County Attorney (Anthony J. Caputo* and *Ogden C. Noel* of counsel), for County of Westchester and another, appellants.

*Anthony J. Caputo* and *Ogden C. Noel* for Interboro Mutual Indemnity Insurance Company, appellant.

*Jacob K. Javits, Attorney-General (Roy Wiedersum* and *Henry S. Manley* of counsel), for Workmen's Compensation Board, respondent.

*Paul L. Bleakley* for claimant-respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.